**Fill in this information to identify the case:**

Debtor name    **Brilliant Energy, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **21-30936**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   MARCH 20, 2021    x _____
                                           Signature of individual signing on behalf of debtor

                                           **Richard Wakim**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Brilliant Energy, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **21-30936**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $     **9,320,298.79**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $     **9,320,298.79**

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **60,751,708.29**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$     **96,003.75**

4.    Total liabilities ........................................................................................................................
    Lines 2 + 3a + 3b    $     **60,847,712.04**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Brilliant Energy, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **21-30936**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Business Checking** | **6910** | **$959,486.21** |
| 3.2. | **Bank of America** | **Deposits** | **7802** | **$99,245.15** |
| 3.3. | **Bank of America** | **Blocked (DTE Lockbox Account)** | **3478** | **$242,157.43** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$1,300,888.79** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **CenterPoint Energy (Transition Bonds)** | **$311,900.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Brilliant Energy, LLC**                                    Case number *(If known)*  **21-30936**
         <small>Name</small>

| | | |
|---|---|---|
| 7.2. | **AEP Texas (Transition Bonds)** | $95,368.33 |
| 7.3. | **Electric Reliability Council of Texas-Deposit** | $40,047.49 |
| 7.4. | **Mitterhofer@Wilcrest-Security Deposit** | $15,473.66 |
| 7.5. | **Information Management Solutions-Prepayment of postage** | $16,083.25 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **CRRS, DTE Energy Trading** | $782.22 |
| 8.2. | **ACI Gift Card-gift cards advertisement**<br>**(gift cards are in the possession of the Debtor)** | $24,800.00 |
| 8.3. | **PetSmart Inc-gift cards advertisement**<br>**(gift cards are in the possession of the Debtor)** | $2,300.00 |
| 8.4. | **Target Corporation-gift cards advertisement**<br>**(gift cards are in the possession of the Debtor)** | $34,400.00 |
| 8.5. | **Control Scan**<br>**PCI Compliance Scanning** | $371.99 |
| 8.6. | **Nationwide-Workers' Compensation and Property Insurance-prepayment of insurance premium** | $7,605.00 |
| 8.7. | **Noltensmeyer Insurance Services-General Liability, Terrorism & Umbrella Insurance Coverage-prepayment of insurance premium** | $62,061.33 |
| 8.8. | **Evolution Insurance Brokers-Pet Liability Insurance-prepayment of insurance premium** | $4,639.95 |
| 8.9. | **Argus Media-forward curve and heat rate subscription** | $13,417.74 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Brilliant Energy, LLC**                                             Case number *(If known)*  **21-30936**
Name

| 8.10. | **Texas State Comptroller-March 2021 Sales Tax Prepayment** | **$309,333.33** |
|---|---|---|

| 8.11. | **Texas State Comptroller-2021Franchise Tax Prepayment** | **$5,000.00** |
|---|---|---|

| 8.12. | **Texas State Comptroller-2020 Franchise Tax Prepayment** | **$15,000.00** |
|---|---|---|

| 9. | **Total of Part 2.** | **$958,584.29** |
|---|---|---|
|  | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **5,467,234.37** - | **0.00** = .... | **$5,467,234.37** |
| | | face amount | doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: | **1,547,740.34** - | **0.00** =.... | **$1,547,740.34** |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$7,014,974.71** |
|---|---|---|
|  | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Brilliant Energy, LLC**        Case number *(If known)* **21-30936**
Name

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Cubicles, desks, chairs** | $0.00 | Cost | $19,253.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software Computers, touch boards** | $0.00 | Cost | $26,598.00 |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.      $45,851.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:   Real property**
54. **Does the debtor own or lease any real property?**
■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**
59. **Does the debtor have any interests in intangibles or intellectual property?**
■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**
70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor     **Brilliant Energy, LLC**       Case number *(If known)* **21-30936**
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,300,888.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $958,584.29 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,014,974.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $45,851.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,320,298.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,320,298.79 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

**Fill in this information to identify the case:**

Debtor name **Brilliant Energy, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **21-30936**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **DTE Energy Trading**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets and membership interests** | **$60,751,708.29** | **$0.00** |
| **414 S Main**<br>**Ann Arbor, MI 48104**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$60,751,708.29**

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David Zdunkewicz**<br>**Hunton Andrews Kurth LLP**<br>**600 Travis Street, Suite 4200**<br>**Houston, TX 77002** | Line **2.1** | |
| **Peter Partee, Sr.**<br>**Hunton Andrews Kurth LLP**<br>**200 Park Avenue**<br>**New York, NY 10166** | Line **2.1** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Brilliant Energy, LLC**                                    Case number (if known)   **21-30936**
Name

| Fill in this information to identify the case: |
|---|

Debtor name    **Brilliant Energy, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **21-30936**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ■ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**3SEnergy**<br>**10333 Harwin Drive Suite 425**<br>**Houston, TX 77036**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$16.12** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**567 Energy LLC**<br>**3710 Rena Jane Ln**<br>**Pasadena, TX 77503**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18.87** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**A&E Natural Corp**<br>**4848 Lemmon Ave Suite 361**<br>**Dallas, TX 75219**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$853.38** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Abacus Power Broker LLC**<br>**381 Casa Linda Plaza # 238**<br>**Dallas, TX 78218**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$111.17** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      37652      Best Case Bankruptcy

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|

Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.27 |
|---|---|---|---|

**Able Power Management**
**37 Lyerly St**
**Houston, TX 77022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,014.89 |
|---|---|---|---|

**Abner Sales & Marketing LLC**
**6005 FM 1732**
**Brownsville, TX 78520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.17 |
|---|---|---|---|

**Adjacent Energy**
**PO Box 330593**
**Houston, TX 77233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277.15 |
|---|---|---|---|

**ADK Solutions LLC**
**4143 Abigail Dr**
**Highland Village, TX 75077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.05 |
|---|---|---|---|

**Alan Lammey**
**7907 Oxfordshire Dr**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.30 |
|---|---|---|---|

**Alliance Energy Consulting**
**9600 Gulf Lakes Trl #3006**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.13 |
|---|---|---|---|

**Alliance Power Group**
**2706 Chapel View**
**Corpus Christi, TX 78414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.23 |
|---|---|---|---|

**Alpha Energy Group**
**1590 Edmondson Trail**
**Rockwall, TX 75087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,233.71 |
|---|---|---|---|

**American Enerpower Inc**
**PO Box 941682**
**Houston, TX 77094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.12 |
|---|---|---|---|

**Angel Ortega**
**131 Iotanes**
**Laredo, TX 78046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.42 |
|---|---|---|---|

**Applied Computer Technology**
**2712 Fallcreek Dr**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.93 |
|---|---|---|---|

**Aries Corporation**
**4420 High Mesa Dr**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.82 |
|---|---|---|---|

**Athar Amin**
**613 Waterchase**
**Fort Worth, TX 76120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,135.42 |
|---|---|---|---|

**Axiom Power**
**363 N Sam Houston Pkwy E Suite 1100**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | | Case number (if known) | **21-30936** |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $821.04 |
|---|---|---|---|
| | **Ben Graham**<br>**3131 Memorial Ct Apt 16113**<br>**Houston, TX 77007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $703.40 |
|---|---|---|---|
| | **Best Energy**<br>**5850 Park Front Dr #110**<br>**Houston, TX 77036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $49.02 |
|---|---|---|---|
| | **BH Energy Services**<br>**9140 Paluxy Dr**<br>**Tyler, TX 75703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.17 |
|---|---|---|---|
| | **Bid Texas Online**<br>**PO Box 5370**<br>**McAllen, TX 78502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.73 |
|---|---|---|---|
| | **Bottom Line Energy**<br>**13803 Wickersham**<br>**Houston, TX 77077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.18 |
|---|---|---|---|
| | **Brazos Energy Solutions**<br>**2257 Ridgeway Dr**<br>**West Columbia, TX 77486** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.68 |
|---|---|---|---|
| | **Brent Shellhorse**<br>**3112 Wild Plum**<br>**Fort Worth, TX 76109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Brilliant Energy, LLC** | | Case number (if known) | **21-30936** |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.61 |
|---|---|---|---|
| | **Business Energy Partners** | ☐ Contingent | |
| | **3301 Hoover Dr** | ☐ Unliquidated | |
| | **McKinney, TX 75071** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.74 |
|---|---|---|---|
| | **Capital Area Energy** | ☐ Contingent | |
| | **14141 W Highway 290 Building 600** | ☐ Unliquidated | |
| | **Austin, TX 78737** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $398.30 |
|---|---|---|---|
| | **CDN Enterprises dba Bolt Energy Advisors** | ☐ Contingent | |
| | **12103 Auburn Hills Dr** | ☐ Unliquidated | |
| | **Tomball, TX 77377** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.65 |
|---|---|---|---|
| | **Choice Energy Services** | ☐ Contingent | |
| | **5151 San Felipe 22nd Floor** | ☐ Unliquidated | |
| | **Houston, TX 77056** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,063.99 |
|---|---|---|---|
| | **CM Energy** | ☐ Contingent | |
| | **6200 Taprock Dr** | ☐ Unliquidated | |
| | **McKinney, TX 75070** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.24 |
|---|---|---|---|
| | **CNZNet Inc** | ☐ Contingent | |
| | **833 E Arapaho Rd** | ☐ Unliquidated | |
| | **Richardson, TX 75081** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.41 |
|---|---|---|---|
| | **Community Energy LP** | ☐ Contingent | |
| | **1920 S College Ave** | ☐ Unliquidated | |
| | **Tyler, TX 75701** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4.29 |
|---|---|---|---|

**Concord Energy Consultants**
5623 Bear Meadow Ln
Katy, TX 77449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.88 |
|---|---|---|---|

**CPG Energy**
5211 Birch Glen
Richmond, TX 77406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $556.26 |
|---|---|---|---|

**CTBP Investments**
4447 N Central Expy Suite 110-160
Dallas, TX 75205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $182.44 |
|---|---|---|---|

**CV Premier Consultants**
3926 Catania Bay Ct
Missouri City, TX 77459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $92.49 |
|---|---|---|---|

**Darcee Grice Consulting**
PO Box 2471
Houston, TX 77052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,898.58 |
|---|---|---|---|

**Data & Energy Solutions**
5511 Trail Timbers Dr
Humble, TX 77346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $47.28 |
|---|---|---|---|

**Diversegy LLC**
520 Broad St
Newark, NJ 07102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | | Case number (if known) | **21-30936** |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.49 |
|---|---|---|---|
| | **Diversified Energy Consultants**<br>**3123 Bammell Ln**<br>**Houston, TX 77098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.93 |
|---|---|---|---|
| | **Do Nguyen**<br>**3767 Heritage Colony Dr**<br>**Missouri City, TX 77459** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.26 |
|---|---|---|---|
| | **DRF Industries**<br>**3600 Rosewood #503**<br>**Houston, TX 77004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.33 |
|---|---|---|---|
| | **Duon Int Resources**<br>**1415 S Voss Rd Bldg 110-470**<br>**Houston, TX 77057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.96 |
|---|---|---|---|
| | **EBOA dba EnergyRateSaver.com**<br>**PO Box 690824**<br>**Houston, TX 77269** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.34 |
|---|---|---|---|
| | **Eco-Power LLC**<br>**4848 Fairmont Pkwy # 265**<br>**Pasadena, TX 77505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.22 |
|---|---|---|---|
| | **EcoEnergy Texas**<br>**3204 Trailblazer Ave**<br>**Edinburg, TX 78541** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Brilliant Energy, LLC** | | Case number (if known) | **21-30936** |
|---|---|---|---|---|

Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$494.36** |
|---|---|---|---|

**Eisenbach Consulting**
**5759 Eagles Nest Blvd Suite 1**
**Tyler, TX 75703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,684.29** |
|---|---|---|---|

**Elect Energy Inc**
**3225 Turtle Creek Blvd #948**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Electric Connection**
**720 Montrose Trail**
**Desoto, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.69** |
|---|---|---|---|

**Electric Evolution**
**7505 Memorial Woods #60**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59.63** |
|---|---|---|---|

**Electricity For Less**
**1109 Montego Rd**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.28** |
|---|---|---|---|

**Elias Energy Group LLC**
**4295 San Felipe Ste 300**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83.51** |
|---|---|---|---|

**Emex Consolidated Partners**
**11011 Richmond Ave Suite 500**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.82 |
|---|---|---|---|

**Enel North America Inc**
**One Marina Park Dr**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $478.78 |
|---|---|---|---|

**Enerconnex LLC**
**4140 Clark Shaw Rd**
**Powell, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.86 |
|---|---|---|---|

**Energy Auction House**
**44 Rte 6A**
**Sandwich, MA 02563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.91 |
|---|---|---|---|

**Energy in Missions LLC**
**625 County Rd 2515**
**Bonham, TX 75418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $947.81 |
|---|---|---|---|

**Energy Ogre LLC**
**24 Greenway Plaza Ste 725**
**Houston, TX 77046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $117.54 |
|---|---|---|---|

**Energy One Management**
**2429 Stone Creek Dr**
**Plano, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $390.74 |
|---|---|---|---|

**Energy Providers**
**20106 Tamerton Dr**
**Spring, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,690.73 |
|---|---|---|---|

**Energy Resources Alliance**
**9101 Saddle Hornet**
**Prosper, TX 75078**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.62 |
|---|---|---|---|

**Energy Utility Group LLC**
**1402 Clearview Loop**
**Round Rock, TX 78664**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Entelergy LLC**
**PO Box 11627**
**Spring, TX 77391**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.36 |
|---|---|---|---|

**ERBOA LLC dba Energybidz**
**PO Box 690824**
**Houston, TX 77269**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.69 |
|---|---|---|---|

**Ereica Jones**
**PO Box 140598**
**Dallas, TX 75214**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.11 |
|---|---|---|---|

**Evolving Energy Solutions LLC**
**4848 Lemmon Ave Suite 100-337**
**Dallas, TX 75219**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.95 |
|---|---|---|---|

**Executive Portfolio Innovative Consultin**
**PO Box 822906**
**North Richland Hills, TX 76182**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | | Case number (if known) | **21-30936** |
|---|---|---|---|---|

Name

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.70 |
|---|---|---|---|

**EZ Choice Energy LLC**
**3023 Routh St**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.19 |
|---|---|---|---|

**Farzana LLC**
**7560 Tournament Rd**
**Frisco, TX 75035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.10 |
|---|---|---|---|

**First Innovative Power**
**5810 Forest Land Dr**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,175.18 |
|---|---|---|---|

**Frontera Power Brokers LLC**
**711 W Nolana Suite 102-C**
**McAllen, TX 78504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.80 |
|---|---|---|---|

**Genesis Power USA**
**1818 Westwood**
**Abilene, TX 79603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.55 |
|---|---|---|---|

**Geovend International LLC**
**9668 Westheimer RD Suite 78**
**Houston, TX 77063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.13 |
|---|---|---|---|

**Golden Utility Services**
**3526 Lakeview Pkwy Ste 8208**
**Rowlett, TX 75088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | | Case number (if known) | **21-30936** |
| | Name | | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.29 |
|---|---|---|---|
| | **Greentree Power LLC**<br>**2506 Trophy Club Dr**<br>**Trophy Club, TX 76262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $172.22 |
|---|---|---|---|
| | **Guardian Electric and Gas**<br>**6619 Bradford Estates Dr**<br>**Sachse, TX 75048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $142.10 |
|---|---|---|---|
| | **High Voltage Energy**<br>**401 Veatech St #20**<br>**Joshua, TX 76058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34.60 |
|---|---|---|---|
| | **Highpoint Electric Service**<br>**5802 Hamza Circle**<br>**Killeen, TX 76542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $224.89 |
|---|---|---|---|
| | **HL National Energy**<br>**519 College Ave**<br>**South Houston, TX 77587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $328.83 |
|---|---|---|---|
| | **Houston Energy Exchange**<br>**2518 Breaux Trace**<br>**Seabrook, TX 77586** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.63 |
|---|---|---|---|
| | **Ideal Energy Group**<br>**203 N 17th St**<br>**Hidalgo, TX 78557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.70 |
|---|---|---|---|

**IGG Solutions Inc**
**3501 Ross Ave Suite 3012**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $516.61 |
|---|---|---|---|

**Imperial Utility & Sustainability**
**4545 Bissonnet St Suite 104**
**Bellaire, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,229.74 |
|---|---|---|---|

**Infiniti Energy Services**
**PO Box 5545**
**Round Rock, TX 78683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.39 |
|---|---|---|---|

**Infiniti Power Partners LLC**
**2603 Augusta Dr Suite 450**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $932.77 |
|---|---|---|---|

**Infomax Aggregators LLC**
**4510 Connies Ct Ln**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,465.53 |
|---|---|---|---|

**Innovative Utility Services**
**10051 Marsh Lane**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.26 |
|---|---|---|---|

**Insight Energy Advisors**
**7052 Briarmeadow Dr**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|--------|---------------------------|------------------------|--------------|

Name

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $771.28 |
|------|------|------|------|

**Intellergy LLC**
**2429 Bissonnet St Suite 535**
**Houston, TX 77005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $177.48 |
|------|------|------|------|

**J&H Energy Consultants**
**5811 Tidewater Dr**
**Houston, TX 77085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|------|------|------|------|

**Jan Ward**
**407 Clearview Ave**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.12 |
|------|------|------|------|

**JC Consultants**
**PO Box 1864**
**Cedar Hill, TX 75106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102.70 |
|------|------|------|------|

**Jeffrey Ritter**
**PO Box 222**
**Fulshear, TX 77441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.19 |
|------|------|------|------|

**Jess Consulting Agency**
**2627 S Brompton**
**Pearland, TX 77584**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $148.24 |
|------|------|------|------|

**Jim Straker**
**5315 Green Ln**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.01** |
|---|---|---|---|

**John Grubbs**
**3504 Boxwood Dr**
**Grapevine, TX 76051-4224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,368.68** |
|---|---|---|---|

**John P Wack**
**851 White Marsh Circle**
**Cuyahoga Falls, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.79** |
|---|---|---|---|

**Jump Energy Solutions**
**10221 Centre Park #1725**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.36** |
|---|---|---|---|

**Kamy Inc**
**1901 Drew Ln**
**Richardson, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$202.86** |
|---|---|---|---|

**Kathy Packer**
**5311 Sun Meadow Dr**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$535.33** |
|---|---|---|---|

**Kenneth Wilkinson Jr**
**3019 Redstone Dr**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,194.60** |
|---|---|---|---|

**Kilowatt Partners Inc**
**PO Box 518**
**Kemah, TX 77565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,996.38**

**Kingdom Consulting Services**
**2009 Independence Dr Suite 105**
**Sherman, TX 75090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$418.66**

**KWH Brokers LLC**
**PO Box 1522**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,411.87**

**KWH Consulting Services LTD**
**435 S Stewart St**
**Azle, TX 76020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.02**

**Lantern Power**
**6711 Falling Waters Dr**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.79**

**Linc Energy LP**
**1022 Glourie Circle**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.56**

**Linda C Andress**
**841 Herberle Dr**
**Burleson, TX 76028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.80**

**M&S Services**
**1033 Garden Oaks St**
**Columbus, TX 78934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.59 |
|---|---|---|---|

**Matshead Energy Group**
**7907 Oxfordshire Dr**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.14 |
|---|---|---|---|

**MHSC Energy LLC**
**11990 Old Wellburn Rd St 6**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.54 |
|---|---|---|---|

**Michael A Work**
**4400 Santa Fe Ln**
**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.97 |
|---|---|---|---|

**Michael Glenn Forrest**
**PO Box 503**
**Pottsboro, TX 75076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.27 |
|---|---|---|---|

**Millenergy**
**6504 Barfield Dr**
**Dallas, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.56 |
|---|---|---|---|

**National Utility Consulting**
**5712 Garrett Dr**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,253.66 |
|---|---|---|---|

**Nationwide New Energy Management Group**
**4825 Fox Ridge Ln**
**McKinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.68 |
|---|---|---|---|

**Net-Zero Power**
**24 Greenway Plaza Suite 1515**
**Houston, TX 77046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.10 |
|---|---|---|---|

**Northeastern Energy Advisory Services**
**12001 Dessau Rd # 1935**
**Austin, TX 78754**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $92.84 |
|---|---|---|---|

**NRG SimplySmart Solutions LLC**
**211 Carnegie Center**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.96 |
|---|---|---|---|

**Odyssey Services**
**12303 Green Trails Dr**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102.48 |
|---|---|---|---|

**Optimal Energy Consultants**
**39005 Shawntelle Dr**
**Penitas, TX 78576**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $213.92 |
|---|---|---|---|

**Option New Energy**
**PO Box 440625**
**Houston, TX 77244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.25 |
|---|---|---|---|

**Orion Advisors Group LLC**
**1601 Las Palmas Circle**
**Beeville, TX 78102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|

Name

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.85 |
|---|---|---|---|

**Pal Energy Smart LLC**
**PO Box 2046**
**Houston, TX 77268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $786.19 |
|---|---|---|---|

**Pampas Life LLC**
**2303 Mid Lane #740**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.21 |
|---|---|---|---|

**Park Place Power Consulting LLC**
**2205 Egyptian Way**
**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.93 |
|---|---|---|---|

**PES Brokers Inc**
**1305 FM 359 #H**
**Richmond, TX 77469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.38 |
|---|---|---|---|

**PG&L LLC**
**1540 Superior Place**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.71 |
|---|---|---|---|

**Pods Energy**
**3911 Waterview Ct**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.44 |
|---|---|---|---|

**Power Enegy USA**
**4606 FM 1960 Rd W #400**
**Houston, TX 77069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|

Name

| 3.131 | **Nonpriority creditor's name and mailing address**<br>**Power Experts LLC**<br>**13313 SW Fwy Suite 223**<br>**Sugar Land, TX 77478**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$568.63** |
|---|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address**<br>**Power Pros**<br>**817 Monticello Dr**<br>**Burleson, TX 76028**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$203.09** |
| 3.133 | **Nonpriority creditor's name and mailing address**<br>**Power Rite Consulting LLC**<br>**5005 Still Meadow Ln**<br>**Celina, TX 75009**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$61.43** |
| 3.134 | **Nonpriority creditor's name and mailing address**<br>**PowerAuditors.com**<br>**5211 Westwind Ct**<br>**Sugar Land, TX 77479**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$80.75** |
| 3.135 | **Nonpriority creditor's name and mailing address**<br>**Prestige Energy Management LLC**<br>**PO Box 1422**<br>**Wylie, TX 75098**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$177.41** |
| 3.136 | **Nonpriority creditor's name and mailing address**<br>**Priority Power Management**<br>**5012 Portico Way**<br>**Midland, TX 79707**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$694.40** |
| 3.137 | **Nonpriority creditor's name and mailing address**<br>**Pro Energy Group Inc**<br>**14800 St Marys Ln #250**<br>**Houston, TX 77079**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$28.67** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Brilliant Energy, LLC** | | Case number (if known) | **21-30936** |
|---|---|---|---|---|
| | Name | | | |

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$848.71** |
|---|---|---|---|
| | **Professional Electricity Management LLC**<br>**2 Donys Ct**<br>**Houston, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,166.06** |
|---|---|---|---|
| | **Prosource Power LLC**<br>**55 Possum Trot Hollow Rd**<br>**Whitewright, TX 75491** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.43** |
|---|---|---|---|
| | **Prudential Energy Services**<br>**2400 Augusta Dr Suite 352**<br>**Houston, TX 77057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136.28** |
|---|---|---|---|
| | **Quadrangle Energy LLC**<br>**1616 Wabash St**<br>**Fort Worth, TX 76107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.83** |
|---|---|---|---|
| | **Quantum Gas & Power Services**<br>**12305 Old Huffmeister Rd**<br>**Cypress, TX 77429** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688.70** |
|---|---|---|---|
| | **Quantum Spectrum Energy**<br>**950 E State Hwy 114 Suite 160 PMB 1612**<br>**Southlake, TX 76092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.40** |
|---|---|---|---|
| | **QuoteEnergy LLC**<br>**99 W Mill Rd**<br>**Long Valley, NJ 07853** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|

Name

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.28 |
|---|---|---|---|

**Ray Hoppe**
**11757 Katy Fwy Suite 1300**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $679.78 |
|---|---|---|---|

**Raymond Energy Club LLC**
**4138 Kyndra Cir**
**Richardson, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $91.83 |
|---|---|---|---|

**Raynaldo Flores**
**6910 Renata Circle**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52.82 |
|---|---|---|---|

**Real Corporation**
**1703 E Calle Cedro**
**Edinburg, TX 78541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37.52 |
|---|---|---|---|

**Red Horse Energy Group LLC**
**PO Box 265**
**Desoto, TX 75123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42.47 |
|---|---|---|---|

**Revenue Stream**
**102 E Broadway PO Box 1282**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.33 |
|---|---|---|---|

**Reynaldo C Velasquez**
**PO Box 722393**
**Houston, TX 77272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Brilliant Energy, LLC | Case number (if known) | 21-30936 |
|---|---|---|---|
| | Name | | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.95 |
|---|---|---|---|

**Rhino Energy**
4808 Fairmont Pkwy #265
Pasadena, TX 77505

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $283.28 |
|---|---|---|---|

**Rhino Gas & Electric**
519 Birdsong
League City, TX 77573

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.31 |
|---|---|---|---|

**Ridgebrook Energy Group LLC**
2311 Canyon Springs Dr
Pearland, TX 77584

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.29 |
|---|---|---|---|

**Rowe Energy**
438 Oleander
Duncanville, TX 75137

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.29 |
|---|---|---|---|

**Servant Energy Partners**
10 Winding Hollow
Coppell, TX 75019

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.58 |
|---|---|---|---|

**Seven Utility Management**
21175 Tomball Pkwy Suite 216
Houston, TX 77070

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.61 |
|---|---|---|---|

**SFI Loans LLC**
15741 Mapleview Circle
Dallas, TX 75248

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.50** |
|---|---|---|---|

**Shaachja Energy Company**
**9214 Bristlebrook Dr**
**Houston, TX 77088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.27** |
|---|---|---|---|

**Simply Competitive Energy**
**PO Box 818**
**Sulphur Springs, TX 75483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.42** |
|---|---|---|---|

**Smart Sales Solutions**
**8255 Sunbury Ln #1010**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.56** |
|---|---|---|---|

**Southern Star Utility**
**14006 Overbrook Lane**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.32** |
|---|---|---|---|

**Stratis Energy Services LLC**
**17330 Preston Rd Ste 2000**
**Dallas, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.90** |
|---|---|---|---|

**Symbio Energy Partners LLC**
**1923 Washington Ave**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,465.63** |
|---|---|---|---|

**TES Energy Services LP**
**17480 Dallas Pkwy Suite 200**
**Dallas, TX 75287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|
| | Name | | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.78 |
|---|---|---|---|

**Texa Energy Experts LLC**
**18207 Willow Ct**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.10 |
|---|---|---|---|

**Texas Energy Brokers**
**7215 Silver Meadow Ct**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,107.97 |
|---|---|---|---|

**Texas Energy Options Inc**
**3330 N Briarpark Ln**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.51 |
|---|---|---|---|

**Texas Energy Services**
**9207 Buffalo Bend Ln**
**Houston, TX 77089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $381.74 |
|---|---|---|---|

**Texas Power & Gas LLC**
**4800 Scottwood Dr**
**Waco, TX 76708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.86 |
|---|---|---|---|

**Texas Utility Advisors**
**16602 Island Shore Ct**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.29 |
|---|---|---|---|

**TFS Energy Solutions**
**9 W Broad 9th Floor**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Brilliant Energy, LLC | Case number (if known) | 21-30936 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $201.76 |
| | **Timothy Shields** | ☐ Contingent | | |
| | **2322 Royal Oaks** | ☐ Unliquidated | | |
| | **Garland, TX 75040** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $76.91 |
| | **TMS Services** | ☐ Contingent | | |
| | **1033 Garden Oaks St** | ☐ Unliquidated | | |
| | **Columbus, TX 78934** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $1,969.87 |
| | **TPL Energy** | ☐ Contingent | | |
| | **10700 Richmond Ave Suite 246** | ☐ Unliquidated | | |
| | **Houston, TX 77042** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $22.23 |
| | **Travis Quinn** | ☐ Contingent | | |
| | **14335 Heron Marsh Dr** | ☐ Unliquidated | | |
| | **Cypress, TX 77429** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $9,674.04 |
| | **TrueEnergy Services** | ☐ Contingent | | |
| | **8117 Preston Rd Suite 30** | ☐ Unliquidated | | |
| | **Dallas, TX 75225** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $253.73 |
| | **Unified Energy Services** | ☐ Contingent | | |
| | **3900 Essex Suite 750** | ☐ Unliquidated | | |
| | **Houston, TX 77027** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $25.33 |
| | **United Energy Group** | ☐ Contingent | | |
| | **2420 Brennan Dr** | ☐ Unliquidated | | |
| | **Plano, TX 75075** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|

Name

---

3.180

**Nonpriority creditor's name and mailing address**

**United Power Consultants**
**2001 N Federal Hwy Suite 316**
**Pompano Beach, FL 33062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6.55**

---

3.181

**Nonpriority creditor's name and mailing address**

**US Energy Experts**
**1501 San Jacinto Dr**
**Flower Mound, TX 75028**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$266.74**

---

3.182

**Nonpriority creditor's name and mailing address**

**US Energy Professionals**
**PO Box 595**
**Aledo, TX 76008**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$772.62**

---

3.183

**Nonpriority creditor's name and mailing address**

**USA Power & Lights**
**8618 Humphrey Dr**
**Houston, TX 77083**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$81.40**

---

3.184

**Nonpriority creditor's name and mailing address**

**USEC LLC**
**77 Sugar Creek Blvd Suite 501**
**Sugar Land, TX 77478**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$46.43**

---

3.185

**Nonpriority creditor's name and mailing address**

**Verdad Power LLC**
**15827 Roseview Ln**
**Cypress, TX 77429**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2.73**

---

3.186

**Nonpriority creditor's name and mailing address**

**Verdigris Energy LLC**
**1711 Bur Oak Dr**
**Allen, TX 75002**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$24.26**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brilliant Energy, LLC** | Case number (if known) | **21-30936** |
|---|---|---|---|

Name

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458.98 |
|---|---|---|---|

**VyBranze LLC**
**113 W Broadwy PO Box 876**
**Prosper, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $754.91 |
|---|---|---|---|

**Watermark Power Soltions**
**9500 Ray White Suite 200**
**Keller, TX 76244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.20 |
|---|---|---|---|

**Watts Your Rate**
**3103 Pecan St**
**Houston, TX 77087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,523.76 |
|---|---|---|---|

**William Burgess**
**114 Diamond Back Ln**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.06 |
|---|---|---|---|

**Wizard Energy Savings LLC**
**3619 Robinson Rd**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.78 |
|---|---|---|---|

**Your Electric Broker**
**4607 Cypresswood Dr Apt 407**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.91 |
|---|---|---|---|

**Z Champion & Associates LLC**
**1310 Rayford Park Rd #216**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brilliant Energy, LLC** | | Case number (if known) | **21-30936** |
|---|---|---|---|---|
| | Name | | | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.23 |
|---|---|---|---|

**Zon Energy Inc**
**16146 Parish Hall Dr**
**Spring, TX 77379**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 96,003.75 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 96,003.75 |

**Fill in this information to identify the case:**

Debtor name __**Brilliant Energy, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**21-30936**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processing** |
| State the term remaining | **until termination** |
| List the contract number of any government contract | **American Express Merchant**<br>**2401 W Behrend Drive**<br>**#55**<br>**Phoenix, AZ 85027** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Water Cooler** |
| State the term remaining | **11 months** |
| List the contract number of any government contract | **Aqua Chill Gulf Coast**<br>**PO Box 300964** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **License for Market Information** |
| State the term remaining | **11 months** |
| List the contract number of any government contract | **Argus Media**<br>**2929 Allen Parkway**<br>**Suite 700**<br>**Houston, TX 77019** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Cell Phone Service** |
| State the term remaining | |
| List the contract number of any government contract | **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Brilliant Energy, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **21-30936**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Service** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **AT&T Services**<br>**PO Box 5014**<br>**Carol Stream, IL 60197** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processing** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **Bank of America Merchant Services**<br>**PO Box 15019**<br>**Wilmington, DE 19850** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Information Technology Contractor** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Camelot Integrated Solutions, Inc.**<br>**2000 S Dairy Ashford Road**<br>**Suite 265**<br>**Houston, TX 77077** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Market News** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Competitive Assets**<br>**489 Alines St**<br>**Suite 112-104**<br>**Bastrop, TX 78602-2156** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Payment Processing** | |
|---|---|---|---|
| | State the term remaining | | **Cybersource**<br>**PO Box 742842**<br>**Los Angeles, CA 90074** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Energy Marketing Agreement dated 01/08/2010** | |
|---|---|---|---|
| | State the term remaining | | **DTE Energy**<br>**414 S. Main**<br>**Ann Arbor, MI 48104** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Brilliant Energy, LLC** | | | Case number (*if known*) | **21-30936** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Billing Software** | |
|---|---|---|---|
| | State the term remaining | **until termination** | **Energy Services Group**<br>**141 Longwater Drive**<br>**Suite 113**<br>**Norwell, MA 02061** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Report Search** | |
|---|---|---|---|
| | State the term remaining | | **Equifax**<br>**PO Box 71221**<br>**Charlotte, NC 28272** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Remote Technology Support** | |
|---|---|---|---|
| | State the term remaining | **until termination** | **Ergos Technology Partners**<br>**2704 Timberloch Place**<br>**The Woodlands, TX 77380** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Lookup** | |
|---|---|---|---|
| | State the term remaining | **11 months** | **Experian**<br>**Dept 881971**<br>**Los Angeles, CA 90068** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Market Analysis** | |
|---|---|---|---|
| | State the term remaining | **1 month** | **Ice Data**<br>**1415 Louisiana**<br>**Suite 3350**<br>**Houston, TX 77056** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Printers** | **Imagenet Consulting**<br>**913 N Broadway Ave**<br>**Oklahoma City, OK** |
|---|---|---|---|

Debtor 1 **Brilliant Energy, LLC**

First Name      Middle Name      Last Name

Case number *(if known)* **21-30936**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **3 months** |
| List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Invoice Printing & Mailing** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **Information Management Solutions**<br>**2416 Brockton St**<br>**Suite 105**<br>**San Antonio, TX 78217** |
| | List the contract number of any government contract | _____ | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Weather Services** | |
|---|---|---|---|
| | State the term remaining | | **International Business Machines**<br>**3039 Cornwall Road**<br>**Research Trail Park, NC 27709** |
| | List the contract number of any government contract | _____ | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Reference** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **Lexis Nexis**<br>**9443 Springboro Pike**<br>**Miamisburg, OH 45342** |
| | List the contract number of any government contract | _____ | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone IVR** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Logix Communications LP**<br>**2950 North Loop West**<br>**8th Floor**<br>**Houston, TX 77092** |
| | List the contract number of any government contract | _____ | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Weather Analysis** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Mike Pass Weather Services LLC**<br>**1603 Gingerleaf Lane**<br>**Houston, TX 77055** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Brilliant Energy, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **21-30936**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **30 months** | **Mitterhofer@Wilcrest**<br>**800 Wilcrest Drive**<br>**Suite 160**<br>**Houston, TX 77042** |
| | List the contract number of any government contract | _____ | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Meter** | |
|---|---|---|---|
| | State the term remaining | **48 months** | **Pitney Bowes**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250** |
| | List the contract number of any government contract | _____ | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Payment Processing** | |
|---|---|---|---|
| | State the term remaining | | **Telecheck**<br>**PO Box 60028**<br>**City of Industry, CA 91716** |
| | List the contract number of any government contract | _____ | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription for Weather and Market Information** | |
|---|---|---|---|
| | State the term remaining | | **Telvent DTN**<br>**26385 Network Place**<br>**Chicago, IL 60673** |
| | List the contract number of any government contract | _____ | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone IVR** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **Vocalcom**<br>**PO Box 120842**<br>**Arlington, TX 76012** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Brilliant Energy, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **21-30936**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City   State   Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City   State   Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City   State   Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City   State   Zip Code | | |

**Fill in this information to identify the case:**

Debtor name __**Brilliant Energy, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**21-30936**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,000,000.00** |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$90,852,396.00** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$73,074,660.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Brilliant Energy, LLC | Case number *(if known)* | 21-30936 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE 19886** | **01/27/21,**<br>**02/05/21,**<br>**03/12/21** | **$26,291.02** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Sales Tax Audit** | | **Texas Comptroller**<br>**111 E 17th Street**<br>**Austin, TX 78774** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.   **See Attached Exhibit** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Brilliant Energy, LLC** | Case number *(if known)* | **21-30936** |

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Faith Hope & Love Animal Rescue**<br>**3092 Beckaroite Road**<br>**Sophia, NC 27350** | monetary donations | **08/2019-03/2020** | **$1,290.00** |
| | Recipients relationship to debtor<br>**n/a** | | | |
| 9.2. | **Friends of Emma Medical Rescue**<br>**PO Box 331523**<br>**Fort Worth, TX 76163** | monetary donations | **06/2019-09/2019** | **$1,330.00** |
| | Recipients relationship to debtor<br>**n/a** | | | |
| 9.3. | **Ranger's Reach**<br>**2511 Flycatcher Cove Drive**<br>**League City, TX 77573** | monetary donations | **06/2019-02/2020** | **$1,900.00** |
| | Recipients relationship to debtor<br>**n/a** | | | |
| 9.4. | **Three Little Pitties Animal Rescue**<br>**7910 Stratford Hall Drive**<br>**Rosharon, TX 77583** | monetary donations | **04/2019-03/2021** | **$9,370.00** |
| | Recipients relationship to debtor<br>**n/a** | | | |
| 9.5. | **HCPHES Veterinary Public Health**<br>**612 Canino Road**<br>**Houston, TX 77076** | monetary donations | **04/2019-03/2021** | **$37,408.27** |
| | Recipients relationship to debtor<br>**n/a** | | | |

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Brilliant Energy, LLC** | | Case number *(if known)* | **21-30936** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Okin Adams LLP**<br>**1113 Vine Street**<br>**Suite 240**<br>**Houston, TX 77002** | | **03/15/2021** | **$25,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

| Debtor | Brilliant Energy, LLC | Case number *(if known)* | 21-30936 |
|---|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, Address, Social Security Number, Tax ID**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America<br>PO Box 831547<br>Dallas, TX 75283 | XXXX-0460 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 07/15/2020 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Brilliant Energy, LLC** | | Case number *(if known)* | **21-30936** |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Brilliant Energy, LLC** | Case number *(if known)* | **21-30936** |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **BDO** <br> **2929 Allen Parkway** <br> **19th Floor** <br> **Houston, TX 77019** | **2019-2021** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Patterson CPA Firm** <br> **339 E Parkwood Avenue** <br> **Friendswood, TX 77546** | **2019-2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **DTE Energy Trading** <br> **414 South Main** <br> **Ann Arbor, MI 48104** |
| 26d.2.  **Electric Reliability Council of Texas** <br> **7620 Metro Center Drive** <br> **Austin, TX 78744** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Fernando Calleja** | **1515 Haven Lock** <br> **Houston, TX 77077** | **VP, Secretary, Treasurer** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Brilliant Energy, LLC | Case number *(if known)* | 21-30936 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Francisco Calleja | 5420 Apt 2210 El Yaqui Ciudad de Mexic MEXICO | CEO | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Juan Calleja | 167 Cape Town Montgomery, TX 77356 | Vice President | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Richard Wakim | 1515 Cherish Trail Katy, TX 77494 | President | 15% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Joseph Capasso | 12906 Bedford Falls Cypress, TX 77429 | Vice President | 15% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. | Fernando Calleja 1515 Haven Lock Houston, TX 77077 | $352,232.04 | 04/01/2020 to 03/15/2021 | Salary |
| | Relationship to debtor Officer & Chief Strategist | | | |
| 30.2. | Juan Calleja 167 Capetown Montgomery, TX 77356 | $30,825.00 | 04/01/2020 to 03/15/2021 | Salary |
| | Relationship to debtor Officer | | | |
| 30.3. | Richard Wakim 5519 Cherish Trail Katy, TX 77494 | $45,218.76 | 04/01/2020 to 03/15/2021 | Bonuses |
| | Relationship to debtor Owner & President | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Brilliant Energy, LLC**                              Case number *(if known)*  **21-30936**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Richard Wakim**<br>5519 Cherish Trail<br>Katy, TX 77494<br><br>**Relationship to debtor**<br>**Owner & President** | $351,000.00 | 04/01/2020 to 03/15/2021 | Guaranteed Payments |
| 30.5. **Richard Wakim**<br>5519 Cherish Trail<br>Katy, TX 77494<br><br>**Relationship to debtor**<br>**Owner & President** | $84,976.00 | 04/10/2020 to 01/10/2021 | Loan and Loan Interest Repayment |
| 30.6. **Joseph Capasso**<br>12906 Bedford Falls Drive<br>Cypress, TX 77429<br><br>**Relationship to debtor**<br>**Owner & VP Supply** | $341,675.16 | 04/01/2020 to 03/15/2021 | Gauranteed Payments |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 19, 2021**

/s/ Richard Wakim                                              **Richard Wakim**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

EXHIBIT TO STATEMENT OF FINANCIAL AFFAIRS NO. 7 - LEGAL ACTIONS OR ASSIGNMENTS

| Case Title | Nature of Case | Case Number | Court/Agency | Address | Status |
|---|---|---|---|---|---|
| **Litigation** | | | | | |
| Brilliant Energy, LLC v. 2015 Shops on the Mainland, LLC | Breach of Contract | 2020-34215 | 190th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Concluded |
| Brilliant Energy, LLC v. Adjacent Energy, LLC | Fraud; Tort. Interf. | 2019-82436 | 334th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Pending |
| Brilliant Energy, LLC v. Azba Enterprise, Inc., d/b/a Handi Stop #89 | Breach of Contract | 2020-34059 | 129th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Concluded |
| Brilliant Energy, LLC v. Boss Machining, LLC | Breach of Contract | 2020-41132 | 190th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Pending |
| Brilliant Energy, LLC v. Cyber Manufacturing, LLC | Breach of Contract | 2019-67545 | 189th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Concluded |
| Brilliant Energy, LLC v. Frontera Materials, Inc. | Breach of Contract | 2019-87681 | 125th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Pending |
| Brilliant Energy, LLC v. Hiki Corporation d/b/a Family Discount Foods | Breach of Contract | 2019-69127 | 334th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Pending |
| Brilliant Energy, LLC v. IDIL Speedway C, LP | Breach of Contract | 4:20-cv-3069 | United States District Court for the Southern District of Texas | 515 Rusk Avenue, Houston, Texas 77002 | Pending |
| Brilliant Energy, LLC v. Lalinda, LLC, d/b/a Shell Quick Stop | Breach of Contract | 2019-71597 | 61st District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Concluded |
| Brilliant Energy, LLC v. R.T. Tart Investments, LLC, d/b/a Highland Oaks RV Park | Breach of Contract | 2021-05254 | 80th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Pending |
| Brilliant Energy, LLC v. Spring Excellence Surgical Hospital, LLC | Breach of Contract | 2021-05223 | 189th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Pending |
| Brilliant Energy, LLC v. Trade Unlimited, Inc. | Breach of Contract | 2020-33485 | 11th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Pending |
| Brilliant Energy, LLC v. TSM Development, LLC, et al | Breach of Contract | 2018-07577 | 61st District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Pending |
| Buzzbrews, Inc. v. Brilliant Energy, LLC | Breach of Contract | CC-20-04711-E | County Court at Law No. 5, Dallas County, Texas | 201 Caroline Street, Houston, Texas 77002 | Pending |
| Jonathan Mark v. Meridian Security Insurance Company and Lisa Faske | Subpoena for Records | 2020-00278 | 129th District Court of Harris County, Texas | 201 Caroline Street, Houston, Texas 77002 | Pending |
| Grand Jury Subpoena re: William Thompson | Subpoena for Records | None | Montgomery County District Attorney | 207 W Phillips, 2nd Floor, Conroe, Texas 77301 | Concluded |
| | | | | | |
| **Public Utility Commission of Texas** | | | | | |
| Retail Performance Measure Reports Pursuant to PUC Subst. R. §25.88 Beginning 3rd Quarter 2008 | Quarterly Field Performance Reports | 36141 | Public Utility Commission of Texas | 1701 N. Congress Avenue, Austin, Texas 78711-3326 | Concluded |
| Retail Performance Measure Reports Under 16 TAC 25.88 Beginning 1st Quarter 2021 | Quarterly Field Performance Reports | 51761 | Public Utility Commission of Texas | 1701 N. Congress Avenue, Austin, Texas 78711-3326 | Pending |
| Retail Electric Provider Annual Reports for 2020 and Semi-Annual Reports for 2021 | 2020 Annual Report | 51587 | Public Utility Commission of Texas | 1701 N. Congress Avenue, Austin, Texas 78711-3326 | Pending |
| Retail Electric Provider Annual Reports for 2019 and Semi-Annual Reports for 2020 | 2019 Annual Report and 2020 Semi-Annual Report | 50298 | Public Utility Commission of Texas | 1701 N. Congress Avenue, Austin, Texas 78711-3326 | Concluded |
| Issues Related to the State of Disaster for Coronavirus 2019 | Amicus Filing | 50664 | Public Utility Commission of Texas | 1701 N. Congress Avenue, Austin, Texas 78711-3326 | Concluded |
| Issues Related to the State of Disaster for the February 2021 Winter Weather Event | Petition for Emergency Relief for Waiver of ERCOT Protocol Section 9.6(2) | 51812 | Public Utility Commission of Texas | 1701 N. Congress Avenue, Austin, Texas 78711-3326 | Pending |
| Reports on the COVID-19 Electricity Relief Program | COVID-19 Electricity Relief Program REP Summary | 50703 | Public Utility Commission of Texas | 1701 N. Congress Avenue, Austin, Texas 78711-3326 | Concluded |
| Petition for Designation of Electric Providers of Last Resort for 2021-2022 and Submission of Large Service Provider Electricity Facts Labels | Provider of Last Resort Report Form | 50500 | Public Utility Commission of Texas | 1701 N. Congress Avenue, Austin, Texas 78711-3326 | Concluded |
| | | | | | |
| **Public Utility Commission of Texas Informal Complaints** | | | | | |
| Vanderslice, Gordon | Slamming | CP2020020641 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Wiikari, Bea | Customer Service | CP2020050101 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Fried, Janice | Rates/Charges | CP2020050127 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Julie Green Enterprises LLC dba Fit for Life | Rates/Charges | CP2020050390 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Tatari Realty Group | Rates/Charges | CP2020050728 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Baker, Katherine | Refusal of Service | CP2020060099 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Eapen, Doncy | Customer Service | CP2020060207 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Hendrix, Hayden | Discontinuance | CP2020060873 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Cakeboard LLC | Rates/Charges | CP2020070035 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Baybrook Nail Spa | Rates/Charges | CP2020070054 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Vickers, Crystal | Refusal of Service | CP2020070490 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Sacco, Sarah | Discontinuance | CP2020070547 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Olsen, Richard | Rates/Charges | CP2020070600 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Banks, Misty | Rates/Charges | CP2020070683 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Guerrero, Hemerson | Rates/Charges | CP2020070852 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Tabrizi, Mehriar | Customer Service | CP2020071031 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Pretty Little Flowers and Gifts | Customer Service | CP2020071161 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Teall, Derek | Refusal of Service | CP2020080297 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Foodrite | Customer Service | CP2020080823 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Mahrouq, Eyad | Customer Service | CP2020081036 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Amy's Cleaners | Rates/Charges | CP2020081195 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Gutierrez Calcano, Jose | Customer Service | CP2020090051 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Cioll, Rubin | Customer Service | CP2020090249 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Olsen, Richard | Rates/Charges | CP2020090926 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Brinkley, Charlie | Rates/Charges | CP2021000009 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Trustworthy Real Estate Inc | Slamming | CP2021000249 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Galveston County Adult Daycare Inc | Discontinuance | CP2021010541 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Gudenrath, Jeffrey | Rates/Charges | CP2021010597 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Mark III Plant Construction LTD | Rates/Charges | CP2021010570 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| 1 Stratford | Rates/Charges | CP2021011017 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Concluded |
| Delprincipe, Daniel | Rates/Charges | CP2021030651 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Pending |
| United Chester Industries | Customer Service | CP2021030644 | Public Utility Commission of Texas Consumer Protection Division | P.O. Box 13326, Austin, TX 78711-3326 | Pending |
| | | | | | |
| **Employment** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Perez, Santiago | Unemployment Claim | 2496954 | Texas Workforce Commission | 101 E 15th Street, Room 410, Austin, Texas 78778 | On appeal (?) |
| Tai, Fei-Pi "Phoebe" | Unemployment Claim | 2733584 | Texas Workforce Commission | 101 E 15th Street, Room 410, Austin, Texas 78778 | Pending |

**Public Information Act Requests**

| | | | | | |
|---|---|---|---|---|---|
| Public Utility Commission of Texas PIA Request by Young Kim | PIA Request for TDU Field Performance Reports | 2020-10-009 | Office of the Attorney General | P.O. Box 12548, Austin, Texas 78711-2548 | Concluded |
| PIA Requests to ERCOT Following Winter Storm Uri | PIA Requests | N/A | Office of the Attorney General | P.O. Box 12548, Austin, Texas 78711-2548 | Pending |
| PIA Requests to PUCT Following Winter Storm Uri | PIA Requests | N/A | Office of the Attorney General | P.O. Box 12548, Austin, Texas 78711-2548 | Pending |

**Intellectual Property**

| | | | | | |
|---|---|---|---|---|---|
| The Professor Design Mark | Trademark | 88406877 | United States Patent and Trademark Office | 600 Dulany Street, Madison East, Concourse Level, Alexandria, VA 22314 | Concluded |
| Beep Design Mark | Trademark | 88406919 | United States Patent and Trademark Office | 600 Dulany Street, Madison East, Concourse Level, Alexandria, VA 22314 | Concluded |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Brilliant Energy, LLC**  
_____  
Debtor(s)

Case No.   **21-30936**  
Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;  
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;  
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 19, 2021**  
_____  
_Date_

/s/ Matthew Okin  
**Matthew Okin**  
_Signature of Attorney_  
**Okin Adams LLP**  
**1113 Vine St., Suite 240**  
**Houston, TX 77002**  
**(713) 228-4100   Fax: (888) 865-2118**  
**info@okinadams.com**  
_Name of law firm_

---

# United States Bankruptcy Court
## Southern District of Texas

In re   __Brilliant Energy, LLC__                                          Case No.   __21-30936__
                                    Debtor(s)              Chapter   __7__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __March 19, 2021__                    __/s/ Richard Wakim__
                                          __Richard Wakim__/__President__
                                          Signer/Title

Matthew Okin
Okin Adams LLP
1113 Vine St., Suite 240
Houston, TX 77002


Brilliant Energy, LLC
800 Wilcrest Drive
Houston, TX 77042


United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002


3SEnergy
10333 Harwin Drive Suite 425
Houston, TX 77036


567 Energy LLC
3710 Rena Jane Ln
Pasadena, TX 77503


A&E Natural Corp
4848 Lemmon Ave Suite 361
Dallas, TX 75219


Abacus Power Broker LLC
381 Casa Linda Plaza # 238
Dallas, TX 78218


Able Power Management
37 Lyerly St
Houston, TX 77022

Abner Sales & Marketing LLC
6005 FM 1732
Brownsville, TX 78520


Adjacent Energy
PO Box 330593
Houston, TX 77233


ADK Solutions LLC
4143 Abigail Dr
Highland Village, TX 75077


Alan Lammey
7907 Oxfordshire Dr
Spring, TX 77379


Alliance Energy Consulting
9600 Gulf Lakes Trl #3006
Dallas, TX 75231


Alliance Power Group
2706 Chapel View
Corpus Christi, TX 78414


Alpha Energy Group
1590 Edmondson Trail
Rockwall, TX 75087


American Enerpower Inc
PO Box 941682
Houston, TX 77094

American Express Merchant
2401 W Behrend Drive
#55
Phoenix, AZ 85027


Angel Ortega
131 Iotanes
Laredo, TX 78046



Applied Computer Technology
2712 Fallcreek Dr
Carrollton, TX 75006



Aqua Chill Gulf Coast
PO Box 300964



Argus Media
2929 Allen Parkway
Suite 700
Houston, TX 77019



Aries Corporation
4420 High Mesa Dr
Plano, TX 75093



AT&T Mobility
PO Box 6463
Carol Stream, IL 60197



AT&T Services
PO Box 5014
Carol Stream, IL 60197

Athar Amin
613 Waterchase
Fort Worth, TX 76120


Axiom Power
363 N Sam Houston Pkwy E Suite 1100
Houston, TX 77060


Bank of America Merchant Services
PO Box 15019
Wilmington, DE 19850


Ben Graham
3131 Memorial Ct Apt 16113
Houston, TX 77007


Best Energy
5850 Park Front Dr #110
Houston, TX 77036


BH Energy Services
9140 Paluxy Dr
Tyler, TX 75703


Bid Texas Online
PO Box 5370
McAllen, TX 78502


Bottom Line Energy
13803 Wickersham
Houston, TX 77077

Brazos Energy Solutions
2257 Ridgeway Dr
West Columbia, TX 77486


Brent Shellhorse
3112 Wild Plum
Fort Worth, TX 76109


Business Energy Partners
3301 Hoover Dr
McKinney, TX 75071


Camelot Integrated Solutions, Inc.
2000 S Dairy Ashford Road
Suite 265
Houston, TX 77077


Capital Area Energy
14141 W Highway 290 Building 600
Austin, TX 78737


CDN Enterprises dba Bolt Energy Advisors
12103 Auburn Hills Dr
Tomball, TX 77377


Choice Energy Services
5151 San Felipe 22nd Floor
Houston, TX 77056


CM Energy
6200 Taprock Dr
McKinney, TX 75070

CNZNet Inc
833 E Arapaho Rd
Richardson, TX 75081


Community Energy LP
1920 S College Ave
Tyler, TX 75701


Competitive Assets
489 Alines St
Suite 112-104
Bastrop, TX 78602-2156


Concord Energy Consultants
5623 Bear Meadow Ln
Katy, TX 77449


CPG Energy
5211 Birch Glen
Richmond, TX 77406


CTBP Investments
4447 N Central Expy Suite 110-160
Dallas, TX 75205


CV Premier Consultants
3926 Catania Bay Ct
Missouri City, TX 77459


Cybersource
PO Box 742842
Los Angeles, CA 90074

Darcee Grice Consulting
PO Box 2471
Houston, TX 77052


Data & Energy Solutions
5511 Trail Timbers Dr
Humble, TX 77346


David Zdunkewicz
Hunton Andrews Kurth LLP
600 Travis Street, Suite 4200
Houston, TX 77002


Diversegy LLC
520 Broad St
Newark, NJ 07102


Diversified Energy Consultants
3123 Bammell Ln
Houston, TX 77098


Do Nguyen
3767 Heritage Colony Dr
Missouri City, TX 77459


DRF Industries
3600 Rosewood #503
Houston, TX 77004


DTE Energy
414 S. Main
Ann Arbor, MI 48104

DTE Energy Trading
414 S Main
Ann Arbor, MI 48104


Duon Int Resources
1415 S Voss Rd Bldg 110-470
Houston, TX 77057


EBOA dba EnergyRateSaver.com
PO Box 690824
Houston, TX 77269


Eco-Power LLC
4848 Fairmont Pkwy # 265
Pasadena, TX 77505


EcoEnergy Texas
3204 Trailblazer Ave
Edinburg, TX 78541


Eisenbach Consulting
5759 Eagles Nest Blvd Suite 1
Tyler, TX 75703


Elect Energy Inc
3225 Turtle Creek Blvd #948
Dallas, TX 75219


Electric Connection
720 Montrose Trail
Desoto, TX 75115

Electric Evolution
7505 Memorial Woods #60
Houston, TX 77024


Electricity For Less
1109 Montego Rd
Fort Worth, TX 76116


Elias Energy Group LLC
4295 San Felipe Ste 300
Houston, TX 77027


Emex Consolidated Partners
11011 Richmond Ave Suite 500
Houston, TX 77042


Enel North America Inc
One Marina Park Dr
Boston, MA 02210


Enerconnex LLC
4140 Clark Shaw Rd
Powell, OH 43065


Energy Auction House
44 Rte 6A
Sandwich, MA 02563


Energy in Missions LLC
625 County Rd 2515
Bonham, TX 75418

Energy Ogre LLC
24 Greenway Plaza Ste 725
Houston, TX 77046


Energy One Management
2429 Stone Creek Dr
Plano, TX 75075


Energy Providers
20106 Tamerton Dr
Spring, TX 77388


Energy Resources Alliance
9101 Saddle Hornet
Prosper, TX 75078


Energy Services Group
141 Longwater Drive
Suite 113
Norwell, MA 02061


Energy Utility Group LLC
1402 Clearview Loop
Round Rock, TX 78664


Entelergy LLC
PO Box 11627
Spring, TX 77391


Equifax
PO Box 71221
Charlotte, NC 28272

ERBOA LLC dba Energybidz
PO Box 690824
Houston, TX 77269


Ereica Jones
PO Box 140598
Dallas, TX 75214


Ergos Technology Partners
2704 Timberloch Place
The Woodlands, TX 77380


Evolving Energy Solutions LLC
4848 Lemmon Ave Suite 100-337
Dallas, TX 75219


Executive Portfolio Innovative Consultin
PO Box 822906
North Richland Hills, TX 76182


Experian
Dept 881971
Los Angeles, CA 90068


EZ Choice Energy LLC
3023 Routh St
Dallas, TX 75201


Farzana LLC
7560 Tournament Rd
Frisco, TX 75035

First Innovative Power
5810 Forest Land Dr
Houston, TX 77084


Frontera Power Brokers LLC
711 W Nolana Suite 102-C
McAllen, TX 78504


Genesis Power USA
1818 Westwood
Abilene, TX 79603


Geovend International LLC
9668 Westheimer RD Suite 78
Houston, TX 77063


Golden Utility Services
3526 Lakeview Pkwy Ste 8208
Rowlett, TX 75088


Greentree Power LLC
2506 Trophy Club Dr
Trophy Club, TX 76262


Guardian Electric and Gas
6619 Bradford Estates Dr
Sachse, TX 75048


High Voltage Energy
401 Veatech St #20
Joshua, TX 76058

Highpoint Electric Service
5802 Hamza Circle
Killeen, TX 76542


HL National Energy
519 College Ave
South Houston, TX 77587


Houston Energy Exchange
2518 Breaux Trace
Seabrook, TX 77586


Ice Data
1415 Louisiana
Suite 3350
Houston, TX 77056


Ideal Energy Group
203 N 17th St
Hidalgo, TX 78557


IGG Solutions Inc
3501 Ross Ave Suite 3012
Dallas, TX 75204


Imagenet Consulting
913 N Broadway Ave
Oklahoma City, OK


Imperial Utility & Sustainability
4545 Bissonnet St Suite 104
Bellaire, TX 77401

Infiniti Energy Services
PO Box 5545
Round Rock, TX 78683


Infiniti Power Partners LLC
2603 Augusta Dr Suite 450
Houston, TX 77057


Infomax Aggregators LLC
4510 Connies Ct Ln
Missouri City, TX 77459


Information Management Solutions
2416 Brockton St
Suite 105
San Antonio, TX 78217


Innovative Utility Services
10051 Marsh Lane
Dallas, TX 75229


Insight Energy Advisors
7052 Briarmeadow Dr
Dallas, TX 75230


Intellergy LLC
2429 Bissonnet St Suite 535
Houston, TX 77005


International Business Machines
3039 Cornwall Road
Research Trail Park, NC 27709

J&H Energy Consultants
5811 Tidewater Dr
Houston, TX 77085


Jan Ward
407 Clearview Ave
Friendswood, TX 77546


JC Consultants
PO Box 1864
Cedar Hill, TX 75106


Jeffrey Ritter
PO Box 222
Fulshear, TX 77441


Jess Consulting Agency
2627 S Brompton
Pearland, TX 77584


Jim Straker
5315 Green Ln
Houston, TX 77066


John Grubbs
3504 Boxwood Dr
Grapevine, TX 76051-4224


John P Wack
851 White Marsh Circle
Cuyahoga Falls, OH 44223

Jump Energy Solutions
10221 Centre Park #1725
Houston, TX 77043


Kamy Inc
1901 Drew Ln
Richardson, TX 75082


Kathy Packer
5311 Sun Meadow Dr
Grapevine, TX 76051


Kenneth Wilkinson Jr
3019 Redstone Dr
Arlington, TX 76001


Kilowatt Partners Inc
PO Box 518
Kemah, TX 77565


Kingdom Consulting Services
2009 Independence Dr Suite 105
Sherman, TX 75090


KWH Brokers LLC
PO Box 1522
Missouri City, TX 77459


KWH Consulting Services LTD
435 S Stewart St
Azle, TX 76020

Lantern Power
6711 Falling Waters Dr
Spring, TX 77379


Lexis Nexis
9443 Springboro Pike
Miamisburg, OH 45342


Linc Energy LP
1022 Glourie Circle
Houston, TX 77055


Linda C Andress
841 Herberle Dr
Burleson, TX 76028


Logix Communications LP
2950 North Loop West
8th Floor
Houston, TX 77092


M&S Services
1033 Garden Oaks St
Columbus, TX 78934


Matshead Energy Group
7907 Oxfordshire Dr
Spring, TX 77379


MHSC Energy LLC
11990 Old Wellburn Rd St 6
College Station, TX 77845

Michael A Work
4400 Santa Fe Ln
McKinney, TX 75070


Michael Glenn Forrest
PO Box 503
Pottsboro, TX 75076


Mike Pass Weather Services LLC
1603 Gingerleaf Lane
Houston, TX 77055


Millenergy
6504 Barfield Dr
Dallas, TX 75252


Mitterhofer@Wilcrest
800 Wilcrest Drive
Suite 160
Houston, TX 77042


National Utility Consulting
5712 Garrett Dr
Plano, TX 75093


Nationwide New Energy Management Group
4825 Fox Ridge Ln
McKinney, TX 75071


Net-Zero Power
24 Greenwy Plaza Suite 1515
Houston, TX 77046

Northeastern Energy Advisory Services
12001 Dessau Rd # 1935
Austin, TX 78754


NRG SimplySmart Solutions LLC
211 Carnegie Center
Princeton, NJ 08540


Odyssey Services
12303 Green Trails Dr
Stafford, TX 77477


Optimal Energy Consultants
39005 Shawntelle Dr
Penitas, TX 78576


Option New Energy
PO Box 440625
Houston, TX 77244


Orion Advisors Group LLC
1601 Las Palmas Circle
Beeville, TX 78102


Pal Energy Smart LLC
PO Box 2046
Houston, TX 77268


Pampas Life LLC
2303 Mid Lane #740
Houston, TX 77027

Park Place Power Consulting LLC
2205 Egyptian Way
Grand Prairie, TX 75050


PES Brokers Inc
1305 FM 359 #H
Richmond, TX 77469


Peter Partee, Sr.
Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166


PG&L LLC
1540 Superior Place
Flower Mound, TX 75028


Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250


Pods Energy
3911 Waterview Ct
Missouri City, TX 77459


Power Enegy USA
4606 FM 1960 Rd W #400
Houston, TX 77069


Power Experts LLC
13313 SW Fwy Suite 223
Sugar Land, TX 77478

Power Pros
817 Monticello Dr
Burleson, TX 76028


Power Rite Consulting LLC
5005 Still Meadow Ln
Celina, TX 75009


PowerAuditors.com
5211 Westwind Ct
Sugar Land, TX 77479


Prestige Energy Management LLC
PO Box 1422
Wylie, TX 75098


Priority Power Management
5012 Portico Way
Midland, TX 79707


Pro Energy Group Inc
14800 St Marys Ln #250
Houston, TX 77079


Professional Electricity Management LLC
2 Donys Ct
Houston, TX 77040


Prosource Power LLC
55 Possum Trot Hollow Rd
Whitewright, TX 75491

Prudential Energy Services
2400 Augusta Dr Suite 352
Houston, TX 77057


Quadrangle Energy LLC
1616 Wabash St
Fort Worth, TX 76107


Quantum Gas & Power Services
12305 Old Huffmeister Rd
Cypress, TX 77429


Quantum Spectrum Energy
950 E State Hwy 114 Suite 160 PMB 1612
Southlake, TX 76092


QuoteEnergy LLC
99 W Mill Rd
Long Valley, NJ 07853


Ray Hoppe
11757 Katy Fwy Suite 1300
Houston, TX 77079


Raymond Energy Club LLC
4138 Kyndra Cir
Richardson, TX 75082


Raynaldo Flores
6910 Renata Circle
Houston, TX 77084

Real Corporation
1703 E Calle Cedro
Edinburg, TX 78541


Red Horse Energy Group LLC
PO Box 265
Desoto, TX 75123


Revenue Stream
102 E Broadway PO Box 1282
Prosper, TX 75078


Reynaldo C Velasquez
PO Box 722393
Houston, TX 77272


Rhino Energy
4808 Fairmont Pkwy #265
Pasadena, TX 77505


Rhino Gas & Electric
519 Birdsong
League City, TX 77573


Ridgebrook Energy Group LLC
2311 Canyon Springs Dr
Pearland, TX 77584


Rowe Energy
438 Oleander
Duncanville, TX 75137

Servant Energy Partners
10 Winding Hollow
Coppell, TX 75019


Seven Utility Management
21175 Tomball Pkwy Suite 216
Houston, TX 77070


SFI Loans LLC
15741 Mapleview Circle
Dallas, TX 75248


Shaachja Energy Company
9214 Bristlebrook Dr
Houston, TX 77088


Simply Competitive Energy
PO Box 818
Sulphur Springs, TX 75483


Smart Sales Solutions
8255 Sunbury Ln #1010
Houston, TX 77095


Southern Star Utility
14006 Overbrook Lane
Houston, TX 77077


Stratis Energy Services LLC
17330 Preston Rd Ste 2000
Dallas, TX 75252

Symbio Energy Partners LLC
1923 Washington Ave
Houston, TX 77007


Telecheck
PO Box 60028
City of Industry, CA 91716


Telvent DTN
26385 Network Place
Chicago, IL 60673


TES Energy Services LP
17480 Dallas Pkwy Suite 200
Dallas, TX 75287


Texa Energy Experts LLC
18207 Willow Ct
Spring, TX 77379


Texas Energy Brokers
7215 Silver Meadow Ct
Houston, TX 77041


Texas Energy Options Inc
3330 N Briarpark Ln
Sugar Land, TX 77479


Texas Energy Services
9207 Buffalo Bend Ln
Houston, TX 77089

Texas Power & Gas LLC
4800 Scottwood Dr
Waco, TX 76708


Texas Utility Advisors
16602 Island Shore Ct
Houston, TX 77095


TFS Energy Solutions
9 W Broad 9th Floor
Stamford, CT 06902


Timothy Shields
2322 Royal Oaks
Garland, TX 75040


TMS Services
1033 Garden Oaks St
Columbus, TX 78934


TPL Energy
10700 Richmond Ave Suite 246
Houston, TX 77042


Travis Quinn
14335 Heron Marsh Dr
Cypress, TX 77429


TrueEnergy Services
8117 Preston Rd Suite 30
Dallas, TX 75225

Unified Energy Services
3900 Essex Suite 750
Houston, TX 77027


United Energy Group
2420 Brennan Dr
Plano, TX 75075


United Power Consultants
2001 N Federal Hwy Suite 316
Pompano Beach, FL 33062


US Energy Experts
1501 San Jacinto Dr
Flower Mound, TX 75028


US Energy Professionals
PO Box 595
Aledo, TX 76008


USA Power & Lights
8618 Humphrey Dr
Houston, TX 77083


USEC LLC
77 Sugar Creek Blvd Suite 501
Sugar Land, TX 77478


Verdad Power LLC
15827 Roseview Ln
Cypress, TX 77429

Verdigris Energy LLC
1711 Bur Oak Dr
Allen, TX 75002


Vocalcom
PO Box 120842
Arlington, TX 76012


VyBranze LLC
113 W Broadwy PO Box 876
Prosper, TX 75070


Watermark Power Soltions
9500 Ray White Suite 200
Keller, TX 76244


Watts Your Rate
3103 Pecan St
Houston, TX 77087


William Burgess
114 Diamond Back Ln
Montgomery, TX 77316


Wizard Energy Savings LLC
3619 Robinson Rd
Missouri City, TX 77459


Your Electric Broker
4607 Cypresswood Dr Apt 407
Spring, TX 77379

```
Z Champion & Associates LLC
1310 Rayford Park Rd #216
Spring, TX 77386



Zon Energy Inc
16146 Parish Hall Dr
Spring, TX 77379
```